UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Candace Bazzle,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-CV-01565<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 15, 2020 to August 14, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 23, 2020            PENA & BROMBERG, ATTORNEYS AT LAW

1

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | By: */s/ Jonathan Omar Pena* |
| 3 | | JONATHAN OMAR PENA |
|   | | Attorneys for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: June 23, 2020 | MCGREGOR W. SCOTT |
|   | | United States Attorney |
| 7 | | DEBORAH LEE STACHEL |
|   | | Regional Chief Counsel, Region IX |
| 8 | | Social Security Administration |
| 9 | | |
| 10 | | By:  **/s/ Marcelo N. Illarmo* |
|   | | Marcelo N. Illarmo |
| 11 | | Special Assistant United States Attorney |
|   | | Attorneys for Defendant |
| 12 | | (*As authorized by email on  June 23, 2020) |

2

## **ORDER**

Finding good cause, the Court GRANTS the parties' stipulation (ECF No. 15). Plaintiff shall file with the Court and serve on Defendant Plaintiff's opening brief no later than August 14, 2020. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:   **June 23, 2020**                              /s/ *Erica P. Grosjean*
                                                         UNITED STATES MAGISTRATE JUDGE